# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-15574 |
| | ) | |
| **Patrick and Manuela Hughes,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

TO:  See attached Service List

PLEASE TAKE NOTICE that on January 26, 2023, at 9:30 am I will appear before the Honorable Timothy A. Barnes, or any other judge sitting in that judge's place, **either** in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the Debtor's **Motion**, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:   /s/  John J. Ellmann

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100  davidsiegelbk@gmail.com

## CERTIFICATE OF SERVICE

      I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the Service List at the address shown and by the method indicated on the list on January 19, 2023, at or before 5:00 pm.

                              /s/  John J. Ellmann

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Marilyn O. Marshall, Chapter 13 Trustee

*To the following persons or entities who were served via regular U.S. Mail:*

Patrick and Manuela Hughes
2210 Webster Lane
Des Plaines, IL  60018

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-15574 |
| | ) | |
| **Patrick and Manuela Hughes,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Timothy A. Barnes |

## MOTION TO VACATE PAYROLL ORDER

NOW COME the Debtors, by and through their attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present their Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On May 19, 2017, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC. Marilyn O. Marshall was appointed Trustee and the Chapter 13 plan was confirmed on September 28, 2017.

3. On May 16, 2018 a payroll deduction order was entered (Exhibit A).

4. The Debtors wants payroll deductions to stop because they have completed their plan payments.

WHEREFORE, the Debtors, Patrick and Manuela Hughes, pray that this Honorable Court enter an Order to Vacate the Payroll Order, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

_____/s/ John Ellmann_____

John J. Ellmann, A.R.D.C. #6257894
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com